AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-mj-00501 |
| BENJAMEN SCOTT BURLEW | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 6/25/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Benjamen Scott Burlew,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 113(a)(4)  (Assault in Special Maritime and Territorial Jurisdiction)
40 U.S.C. §§ 5104(e)(2)(F) (Act of Physical Violence on Grounds)

Date: 06/25/2021

*Issuing officer's signature*

Digitally signed by G. Michael Harvey
Date: 2021.06.25 14:16:38 -04'00'

City and state: Washington, D.C.          G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 06/25/2021, and the person was arrested on *(date)* 08/19/2021
at *(city and state)* WYANDOTTE, OK.

Date: 08/27/2021

*Arresting officer's signature*

ALAN T. SISKA, FBI
*Printed name and title*

SECONDARY COPY. PRIMARY COPY WITH USMS TULSA, OK.